1

2

3

4

5

6

7

8           **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    HOWARD WASHINGTON,                        No.  2:22-CV-2272-DMC-P

12                Plaintiff,

13        v.                                                    ORDER

14    MESKATH UDDIN, et al.,

15                Defendants.

16

17            Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.   Pending before the Court is Plaintiff's motion to proceed in forma pauperis.

19    See ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28

20    U.S.C. § 1915(a).  Plaintiff's request to proceed in forma pauperis is, therefore, granted.

21            The sufficiency of Plaintiff's complaint and service thereof will be addressed

22    separately.

23            IT IS SO ORDERED.

24            Dated:  January 23, 2023

25                                                    _____

26                                                    DENNIS M. COTA
                                                     UNITED STATES MAGISTRATE JUDGE
27

28

                                                    1