1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HOWARD WASHINGTON,                    No.  2:22-CV-2272-KJM-DMC-P

12            Plaintiff,

13       v.                                ORDER

14   MESKATH UDDIN,

15            Defendant.

16

17           Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the Court is Defendant's motion to opt out of the Court early

19   Alternative Dispute Resolution program, ECF No. 23.  Good cause appearing therefor,

20   Defendant's motion will be granted.  By separate order the Court will set a schedule for this case.

21           Accordingly, IT IS HEREBY ORDERED as follows:

22           1.      Defendant's motion to opt out of the Court's early Alternative Dispute

23   Resolution program, ECF No. 23, is GRANTED.

24           2.      The stay of proceedings imposed on July 20, 2023, is LIFTED.

25

26   Dated:  August 18, 2023

27                                          _____
                                           DENNIS M. COTA
28                                         UNITED STATES MAGISTRATE JUDGE

                                            1