IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HOWARD WASHINGTON,** | Case No. 2:22-cv-02272-KJM-DMC-P |
| Plaintiff, | **ORDER** |
| v. | |
| **UDDIN,** | |
| Defendants. | |

Defendant has moved to extend the time to file a dispositive motion. ECF No. 30. Having read and considered Defendant's application and the declaration of Defendant's counsel supporting the motion, and for good cause appearing, Defendant's motion is **GRANTED.**

The deadline to file a dispositive motion is extended by 60 days from August 20, 2024, to October 19, 2024.

Dated:  August 19, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE