IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MESKATH UDDIN,<br><br>　　　　Defendant. | No.  2:22-cv-02272-DC-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 33, 34) |

　　　　Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　On July 25, 2025, the magistrate judge filed findings and recommendations herein, which were served on the parties and contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

　　　　Accordingly, IT IS HEREBY ORDERED as follows:

　　　　　　1.　　The findings and recommendations filed July 25, 2025, ECF No. 34, are ADOPTED in full;

　　　　　　2.　　Defendant's unopposed motion for summary judgment, ECF No. 33, is

1

1     GRANTED; and

2   3. The Clerk of the Court is directed to enter judgment and close this case.

  IT IS SO ORDERED.

Dated: **September 4, 2025**

                Dena Coggins
                United States District Judge